UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW ADAMS, an individual,<br><br>  Plaintiff,<br><br>vs.<br><br>NATIONSTAR MORTGAGE, LLC; and DOES 1-10,<br><br>  Defendants. | Case No.: CV 15-9912-DMG (KSx)<br><br>**ORDER RE DISMISSAL OF ACTION WITH PREJUDICE [45]** |

Pursuant to the parties' stipulation, the above-captioned action is hereby dismissed with prejudice, with the parties to bear their own costs and fees.

**IT IS SO ORDERED**.

DATED: August 13, 2018

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE